**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROMAN THOMAS, | : | Civ. A. No. 10-133(NLH)(AMD) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| CITY OF CAMDEN THROUGH ITS POLICE DEPARTMENT, SERGEANT ALVIE GRIMES, INVESTIGATOR BRIAN RICE, SERGEANT JEFFREY CRAIG, INVESTIGATOR JEFFREY DUNLAP, INVESTIGATOR TERRY KING, and JOHN DOES 1-10, | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this   29th   day of   June   , 2011

ORDERED that defendants' motion for judgment on the pleadings [17] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

       /s/ NOEL L. HILLMAN    

At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.